**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------

ERNEST FIELDS,

                         Plaintiff,

    -against-

COURT OFFICER SUEYANG CHEN, *Shield No. 6185,*
et al.,

                       Defendants.

------------------------------------ x

ORDER

20 Civ. 435 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for September 9, 2020 at 9:45 a.m. is canceled.

Dated: New York, New York
       September 1, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge