UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ERNEST FIELDS,

                               Plaintiff,

          -against-

COURT OFFICER SUEYANG CHEN, *Shield No. 6185*, et al.,

                              Defendants.

------------------------------------------------------------ x

ORDER

20 Civ. 435 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for November 18, 2020 at 9:30 a.m. is canceled.

Dated: New York, New York
       November 16, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge