**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------- x

ERNEST FIELDS,

                          Plaintiff,

      -against-

COURT OFFICER SUEYAND CHEN, Shield No. 6185 :
et al.,

                 Defendants.

------------------------------------------- x

**ORDER**

**20 Civ. 435 (GBD)**

GEORGE B. DANIELS, United States District Judge:

    The status conference set for May 19, 2021 at 9:45 a.m. is hereby adjourned until June 23, 2021 at 9:45 a.m.

Dated: New York, New York
       April 20, 2021

SO ORDERED.

_GEORGE B. DANIELS_
GEORGE B. DANIELS
United States District Judge