UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ERNEST FIELDS,

                     Plaintiff,

    -against-

COURT OFFICER SUEYAND CHEN AND JOHN DOE 1-6,

                     Defendants.

------------------------------------- x

NOV 15 2021

ORDER

20 Civ. 435 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties' proposed amendment to the briefing schedule is GRANTED and is as follows:

- Plaintiffs shall file an opposition to Defendant's motion for summary judgment on or before January 26, 2022,
- Defendant shall file a reply in support of their motion on or before February 9, 2022.

The conferences scheduled for November 17, 2021 and January 12, 2022 are canceled. The next conference or oral argument is scheduled for February 16, 2022 at 9:45 a.m.

Dated: New York, New York
       November 15, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge