**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x

ERNEST FIELDS,

                Plaintiff,

  -against-

COURT OFFICER SUEYAND CHEN AND JOHN DOE 1-6,

                Defendants.

------------------------------------- x

ORDER

20 Civ. 435 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for April 20, 2022 is hereby cancelled. The Court will hear oral argument on Defendants' Motion for Summary Judgment, (ECF No. 35), on April 19, 2022 at 11:00 a.m.

Dated: March 9, 2022
      New York, New York

                            SO ORDERED.

                            GEORGE B. DANIELS
                            United States District Judge