**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ERNEST FIELDS,

                           Plaintiff,

          -against-

COURT OFFICER SUEYAND CHEN AND JOHN
DOE 1-6,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                        <u>ORDER</u>

                                20 Civ. 435 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The oral argument on Defendants' Motion for Summary Judgment, (ECF No. 35), scheduled

for July 6, 2022 is adjourned to July 26, 2022 at 10:30 a.m.

Dated: June 9, 2022
       New York, New York

                                SO ORDERED.

                                GEORGE B. DANIELS
                                United States District Judge