UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

ERNEST FIELDS,

                Plaintiff,

   -against-

COURT OFFICER SUEYAND CHEN AND JOHN DOE 1-6,

                Defendants.

---------------------------------------- x

ORDER

20 Civ. 435 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The oral argument on Defendants' Motion for Summary Judgment, (ECF No. 35), scheduled for July 26, 2022 is adjourned to July 28, 2022 at 10:00 a.m. Unless otherwise ordered, the argument will proceed in-person.

Dated: July 19, 2022
       New York, New York

                              SO ORDERED.

                              GEORGE B. DANIELS
                              United States District Judge