UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ERNEST FIELDS,

                           Plaintiff,

      -against-

COURT OFFICER SUEYANG CHEN, SHIELD
No. 6185 and JOHN DOE COURT OFFICERS
"ONE" THROUGH "SIX," said names being
fictitious and presently unknown,

                           Defendants.

------------------------------------x

MEMORANDUM DECISION
AND ORDER

20 Civ. 435 (GBD)

GEORGE B. DANIELS, United States District Judge:

      For the reasons stated on the record during the oral argument held on July 28, 2022, Defendant's Motion for Summary Judgment, (ECF No. 35), is GRANTED with respect to Plaintiff's claims of false arrest, excessive force, unlawful detention, denial of medical care, and violation of due process rights, and DENIED with respect to Plaintiff's claims of failure to intervene and malicious prosecution.

      The Clerk of the Court is directed to close the motion at ECF No. 35 accordingly.

Dated: July 28, 2022
       New York, New York

SO ORDERED.

*George B Daniels*

GEORGE B. DANIELS
United States District Judge