UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ERNEST FIELDS,

                 Plaintiff,

    -against-

COURT OFFICER SUEYAND CHEN AND JOHN DOE 1-6,

                 Defendants.

------------------------------------- x

ORDER

20 Civ. 435 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: October 11, 2022
       New York, New York

                                                SO ORDERED.

                                                GEORGE B. DANIELS
                                                United States District Judge